**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-00842-RJC-DSC**

| | |
|---|---|
| **CLIFFORD L. SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **PIEDMONT AIRLINES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

      **THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Patricia G. Griffith]" (document # 6) filed February 6, 2013.  For the reasons set forth therein, the Motion will be <u>granted</u>.

      The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

      **SO ORDERED**.

Signed: February 6, 2013

David S. Cayer
United States Magistrate Judge